BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-MJ-00144 SAB |
|---|---|
| Plaintiff, | ORDER TO DISMISS CRIMINAL COMPLAINT |
| v. | |
| EDMOND HORMOZI AND JOSEPH ATTAWAY, | |
| Defendants. | |

IT IS HEREBY ORDERED that the criminal complaint filed on September 24, 2015 be dismissed without prejudice. Defendant Attaway shall remained on the indictment filed in 1:15-CR-00272, and Defendant Hormozi shall remain out of custody subject to the conditions of pretrial release imposed by the court on September 28, 2015.

DATED: 10/8/15

Honorable Barbara A. McAuliffe
United States Magistrate Judge